# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 17, 2023

Lyle W. Cayce
Clerk

No. 23-40285
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Tonatiuh Nunez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:22-CR-1013-1

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Tonatiuh Nunez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Nunez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40285

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.